**Raymond Whitney DOWNING, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 05–35317.

D.C. No. CV–01–06117–ALA.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Before WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Raymond Whitney Downing appeals the district court's denial of his 28 U.S.C. § 2255 motion challenging the sentence imposed following his guilty plea conviction on multiple counts of bank robbery. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Downing contends that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), should be applied retroactively to cases on collateral review, and that his Sixth Amendment rights were violated at sentencing because the district court sentenced him as a career offender on facts neither charged in the indictment

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

nor proven to a jury beyond a reasonable doubt. Downing's request for retroactive application of *Booker* and *Blakely* is foreclosed by *United States v. Cruz*, 423 F.3d 1119, 1120 (9th Cir.2005) (holding that "the rule announced by *Booker* ... does not operate retroactively").

AFFIRMED.